UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
Priscilla E. Waldropt

                                      Plaintiff,

      -against-                                CV 12-1731(ADS)(WDW)

Palisades Collection, LLC

                                      Defendant.
-------------------------------------------------------------------

### STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff and Defendant, by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed with prejudice as to Plaintiff on her complaint and without costs and/or attorney's fees to any party.

THE PLAINTIFF

Priscilla E. Waldropt
By: _____
Lawrence Katz
Attorney at Law
445 Central Avenue, Suite 201
Cedarhurst, NY 11516
Tel: 516-374-2118
Fax: 516-706-2404

Her Attorney

THE DEFENDANT Palisades Collection, LLC
By: _____
Jonathan J. Greystone, Esq.
Spector Gadon & Rosen P.C.
1635 Market Street
7th Floor
Philadelphia PA 19103
TEL: 215-241-8927
Fax: 215-531-9140
Its Attorneys

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRISCILLA E. WALDROPT, ) | |
| ) | |
| Plaintiff ) | Civil Action No. CV-12-1731 |
| ) | |
| vs. ) | |
| ) | |
| PALISADES COLLECTION, LLC ) | |
| ) | |
| Defendant ) | |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing Stipulation of Dismissal with Prejudice was served upon the individual listed below via CM/ECF on this 22nd day of June, 2012 to:

Lawrence Katz, Esquire
445 Central Avenue, Suite 201
Suite 101
Cedarhurst, NY 11516

Dated: June 22, 2012         By:    /s/ Jonathan J. Greystone
                                    Jonathan J. Greystone, Esquire

                                    Attorney for Defendant,
                                    Palisades Collection, LLC